United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                              :        Chapter 13
LISA   NGUYEN

Debtor(s)                                           :        Bankruptcy No.   0519654


Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this     day of              , 2005 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that  JOHN H CROOM ESQ                  counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

_____ 5-9-06
Hon. Kevin J. Carey
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119


Counsel for Debtor(s)

JOHN H CROOM ESQ
1616 WALNUT ST
SUITE 1908
PHILA   PA   19103


Debtor(s)

LISA   NGUYEN

238 KESWICK AVE.
GLENSIDE   PA   19038